

HOT-FEDEX

# THE STATE OF TEXAS
## DISTRICT COURT, TARRANT COUNTY

## CITATION                              Cause No. 017-227960-07

AMERICAN AIRLINES, INC.             VS.    BIZTRAVELDEALS.COM, ET AL

To and through the Secretary Of State, Statutory Documents Section, 1019 Brazos St, PO Box 12079, Austin TX 78701-207
TO: TRAVEL SUPPORT CENTER INC

SERVICE OF PROCESS MAY BE HAD UPON DEFENDANT BY DELIVERING TO THE SECRETARY OF STATE, OF THE STATE OF TEXAS, DUPLICATE COPIES OF THIS CITATION TOGETHER WITH DUPLICATE COPIES OF THE PLAINTIFF'S PETITION ATTACHED HERETO.

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 17th District Court, 401 W BELKNAP, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

AMERICAN AIRLINES INC.

Filed in said Court on December 21st, 2007 Against
BIZTRAVELDEALS.COM, SHAILESH "SAM" JAIN, FAREPORTAL INC, TRAVELONG INC, TRAVELFOCUS LLC, XTS CORPORATION, ULTIMATEFARES.COM, TRAVEL SUPPORT CENTER INC
For suit, said suit being numbered 017-227960-07 the nature of which demand is as shown on said PLAINTIFF'S ORIGINAL PETITION a copy of which accompanies this citation.

RECEIVED 2008 JAN -2 AM 11:27 CONSTABLE PRECINCT 5 TRAVIS COUNTY, TEXAS

DEE J KELLY, JR
Attorney for AMERICAN AIRLINES INC. Phone No. (817)332-2500
Address    201 MAIN ST STE 2500 FORT WORTH, TX 76102

Thomas A. Wilder, Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the December 21st, 2007

By _____ Deputy
   MICHAEL INTHARANSY

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Thomas A. Wilder, Tarrant County District Clerk
401 W. Belknap
Fort Worth, Texas 76196-0402

## OFFICER'S RETURN

Received this Citation on the _____ day of _____, _____ at _____ o'clock __.M. and executed at _____ within the county of _____, State of _____ on the _____ day of _____, _____ by delivering to the within named (Def.): _____ defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION, having first endorsed on same the date of delivery.

THOMAS A. WILDER DISTRICT CLERK  FILED TARRANT COUNTY  2008 JAN 22 AM 11:55

Authorized Person/Constable/Sheriff: _____
County of _____ State of _____ By _____ Deputy
Fees $_____
(Must be verified if served outside the State of Texas)
State of _____ County of _____
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)                                                   BRUCE ELFANT
                                       CONSTABLE PREC. 5 TRAVIS COUNTY, TEXAS
County of _____, State of _____

pd#$390.00/ck#213462/6-cits

FILED
TARRANT COUNTY

2008 JAN 22  AM 11:52

THOMAS A. WILDER
DISTRICT CLERK

*CITATION*

Cause No. 017-227960-07

AMERICAN AIRLINES, INC.

VS.

BIZTRAVELDEALS.COM, ET AL

ISSUED

This 21st day of December, 2007

Thomas A. Wilder
Tarrant County District Clerk
401 W BELKNAP
FORT WORTH TX 76196-0402

By        MICHAEL INTHARANSY Deputy

DEE J KELLY, JR
Attorney for: AMERICAN AIRLINES INC.
Phone No. (817)332-2500
ADDRESS: 201 MAIN ST STE 2500

FORT WORTH, TX 76102

*CIVIL LAW*



*017227960070000012*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK



# The State of Texas
## Secretary of State

2008-144926-2

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's Original Petition in the cause styled:

> American Airlines Inc Vs Biztraveldeals.com et al
> 17th Judicial District Court Of Tarrant County, Texas
> Cause No: 01722796007

was received by this office on January 2, 2008, and that a copy was forwarded on January 10, 2008, by CERTIFIED MAIL, return receipt requested to:

> Travel Support Center Inc
> 225 Broadway Ste 1670
> San Diego, CA 92101

The RETURN RECEIPT was received in this office dated January 14, 2008, bearing the Signature Of Addressee's Agent.



Date issued: January 16, 2008



*Phil Wilson*

Phil Wilson
Secretary of State

ST/lsv

Cause No.: 01722796007    {}    In the  17TH
                                  {}    District Court
Plaintiff:                         {}    TARRANT County
AMERICAN AIRLINES, INC    {}

Defendant:
BIZTRAVELDEALS.COM,
ETAL

### Officer's Return

Came to hand January 02, 2008 at 11:27 A.M. and executed in Travis County, Texas, on January 02, 2008 at 12:30 P.M. by delivering to TRAVEL SUPPORT CENTER INC by delivering to Phil Wilson, Secretary of State of the State of Texas, at 1019 Brazos Street, Austin, Texas, 78701, by delivering to HELEN LUPERCIO, designated agent for service for the Secretary of State, duplicate true copies of the citation together with accompanying duplicate true copies of the Plaintiff's ORIGINAL petition.

FEE: $ 65 Paid

                                        Bruce Elfant,
           Travis County Constable Precinct 5
                           Travis County, Texas

by: _____
             Miracle Mount, Deputy

*FILED TARRANT COUNTY 2008 JAN 22 AM 11: 52 THOMAS A. WILDER DISTRICT CLERK*



Case 4:08-cv-00069-A   Document 1-3   Filed 02/01/08   Page 6 of 6   PageID 56